# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**564**
**CAF 14-02136**
PRESENT: SMITH, J.P., CARNI, DEJOSEPH, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF JORDIN K.
-------------------------------------------
GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES,      MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

ASHLEY K., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

PAULA A. CAMPBELL, BATAVIA, FOR PETITIONER-RESPONDENT.

SARA E. ROOK, ATTORNEY FOR THE CHILD, ROCHESTER.

-------------------------------------------------------------------------------------

　　　　Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 28, 2014 in a proceeding pursuant to Social Services Law § 384-b.  The order terminated the parental rights of respondent.

　　　　It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

　　　　Same memorandum as in *Matter of Alexus R.L.* (___ AD3d ____ [June 10, 2016]).

Entered:  June 10, 2016                          Frances E. Cafarell
                                                 Clerk of the Court